Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SARAH D. FOGELSON, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Defendant, Impleaded with HYMAN FISH, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order herein with notice of entry thereof. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CONSOLIDATED SYRUP CORPORATION, Respondent, v. MEYER LITTMAN and Others, Defendants, Impleaded with DAVID ALTERMAN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Proskauer, J., dissents. No opinion.

ADAMO CICCARONE, Appellant, v. ANTHONY CELLA CORPORATION and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEX BURKES and Another, Respondents, v. S. W. MAGNUS & Co., INC., Appellant.— Order so far as appealed from by defendant affirmed, with ten dollars costs and disbursements to plaintiff. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEX BURKES and Another, Appellants, v. S. W. MAGNUS & Co., INC., Respondent.— Order so far as appealed from by plaintiffs modified by denying the motion to strike out items 3 and 9, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEX BURKES and Another, Appellants, v. S. W. MAGNUS & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEX BURKES and Another, Appellants, v. S. W. MAGNUS & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KALEEL A. TEEN, Respondent, v. JOSEPH A. MANDOUR, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MICHAEL J. MALONEY v. KNICKERBOCKER ICE COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARGARET KING v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of 40TH STREET & PARK AVENUE, INC., v. JAMES J. WALKER, etc., and Others, and AUSTEN G. Fox and Another.— Motion